435 F.Supp.2d 1260 (2006)
VWP OF AMERICA, INC., Plaintiff,
v.
THE UNITED STATES, Defendant.
Slip Op. 06-87. Court No. 93-06-00314.
United States Court of International Trade.
June 7, 2006.

JUDGMENT ORDER
MUSGRAVE, Senior Judge.
In accordance with the Settlement Agreement between the parties in this action.
*1261 IT IS HEREBY ORDERED that U.S. Customs and Border Protection shall reliquidate the entries identified in Schedule A attached hereto on the basis of the appraised values less 17%, and shall promptly refund to Plaintiff the excess duties with interest as provided by law; and it is further
ORDERED that each party shall bear its own costs and expenses; and it is further
ORDERED that this action is dismissed as settled.

 Schedule A
Port: Jackman, Maine
Court Protest Entry Entry
Number Number Number Date
XX-XX-XXXXX XXXX-XX-XXXXXX XXX-XXXXXXX-X 10/06/92
 XXX-XXXXXXX-X 10/07/92
06/09/93 XXX-XXXXXXX-X 10/09/92
 XXX-XXXXXXX-X 10/13/92
 XXX-XXXXXXX-X 08/31/92
 XXX-XXXXXXX-X 09/03/92
 XXX-XXXXXXX-X 09/14/92
 XXX-XXXXXXX-X 09/18/92
 XXX-XXXXXXX-X 09/21/92
 XXX-XXXXXXX-X 09/18/92
 XXX-XXXXXXX-X 09/18/92
 XXX-XXXXXXX-X 09/21/92
 XXX-XXXXXXX-X 09/24/92
 XXX-XXXXXXX-X 09/28/92
 XXX-XXXXXXX-X 09/28/92
 XXX-XXXXXXX-X 09/29/92
 XXX-XXXXXXX-X 09/30/92
 XXX-XXXXXXX-X 09/24/92
 XXX-XXXXXXX-X 09/27/92
 XXX-XXXXXXX-X 08/28/92